

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Sean Acrey and Susan H. Acrey, | * From the 236th District Court of Tarrant County, Trial Court No. 236-246292-10. |
| Vs. No. 11-14-00025-CV | * April 29, 2016 |
| Langston Land Partners, LP; Langston Mineral Partners, LP; Cynthia Langston Schmiediche; and Carol Langston Mathis, | * Memorandum Opinion by Bailey, J. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.) |

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed ninety percent against Sean Acrey and Susan H. Acrey, and ten percent against Langston Land Partners, LP; Langston Mineral Partners, LP; Cynthia Langston Schmiediche; and Carol Langston Mathis.